# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KEN COLEMAN                                                                   PETITIONER

v.                              3:16CV00289-DPM-JJV

LARRY MILLS                                                   RESPONDENT

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge D.P. Marshall Jr.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

    1.      Why the record made before the Magistrate Judge is inadequate.

    2.      Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

    3.      The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial

evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

## DISPOSITION

On October 19, 2016, Mr. Coleman filed a Petition for Writ of Habeas Corpus (Doc. No. 1), but he failed to file an application to proceed *in forma pauperis* or pay the $5 statutory filing fee. I ordered him to file either the application or pay the filing fee within thirty days and a blank application was sent to Mr. Coleman. (Doc. No. 2.) The deadline has passed and Mr. Coleman has not complied with that Order. Therefore, the Petition should be dismissed. Mr. Coleman may file either an application or the filing fee with his objections to this recommendation.

IT IS, THEREFORE, RECOMMENDED that the Petition for Writ of Habeas Corpus (Doc. No. 1) be dismissed without prejudice.

DATED this 29th day of November, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE