IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KEN COLEMAN                                                                PETITIONER

v.                              No. 3:16-cv-289-DPM

LARRY MILLS                                                                RESPONDENT

### ORDER

Unopposed recommendation, № 3, adopted. Coleman's petition will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 December 2016