IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KEN COLEMAN                                                              PETITIONER

v.                              No. 3:16-cv-289-DPM

LARRY MILLS                                                              RESPONDENT

## JUDGMENT

Coleman's petition is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

20 December 2016